UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES D. WATTERS,

    Plaintiff,

                                      CASE NO.: 11-13860

v.                                      HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**OPINION AND ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's Motion for Remand and Defendant's Motion for Summary Judgment with respect to the Defendant's decision to deny Plaintiff's application for Social Security disability benefits. The Court is also in receipt of Magistrate Judge Mark A. Randon's Report and Recommendation, wherein the Magistrate Judge recommends that Plaintiff's Motion for Remand be denied and Defendant's Motion for Summary Judgment be granted. Plaintiff has filed objections to the Report and Recommendation, and Defendant has filed a response to Plaintiff's objections.[1]

After a thorough review of the court file, the Report and Recommendation, the objections to the Report and Recommendation filed by Plaintiff and Defendant's response to Plaintiff's objections, this Court will adopt the Report and Recommendation and enter it as

---

[1] The Court hereby GRANTS Defendant's Ex Parte Motion for an Extension of Time to File Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Docket #18).

the findings and conclusions of this Court. Accordingly, Plaintiff's Motion for Remand is DENIED, Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's cause of action is hereby DISMISSED WITH PREJUDICE. Judgment shall be entered accordingly.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: September 5, 2012

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on September 5, 2012.

S/Marie E. Verlinde
Case Manager
(810) 984-3290